# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-23-00501-CV

---

**Brittany Bay, Appellant**

**v.**

**Toska Gamble, Appellee**

---

### FROM THE COUNTY COURT AT LAW NO. 2 OF HAYS COUNTY
### NO. 20-1551-C, THE HONORABLE CHRISTOPHER P. JOHNSON, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due October 24, 2023. On November 17, 2023, this Court sent a notice to appellant informing her that her brief was overdue and that a failure to file a satisfactory response by November 27, 2023, would result in the dismissal of this appeal for want of prosecution. To date, appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Thomas J. Baker, Justice

Before Justices Baker, Triana, and Smith

Dismissed for Want of Prosecution

Filed: December 15, 2023